1  JEFFREY W. KRAMER (SBN 71547)
   Email: jkramer@troygould.com
2  ANNMARIE MORI (SBN 217835)
   Email: amori@troygould.com
3  TROYGOULD PC
   1801 Century Park East, 16th Floor
4  Los Angeles, CA 90067-2367
   Telephone:   (310) 553-4441
5  Facsimile:   (310) 201-4746

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  BROADCAST MUSIC, INC.; HOUSE OF CASH, INC.; COTA MUSIC, INC.; POWER METAL MUSIC, INC.; BMG PLATINUM SONGS (US); SONY/ATV SONGS LLC; ECAF MUSIC; LADY ASHLEE MUSIC; JAY BIRD ALLEY MUSIC, INC.; EMI BLACKWOOD MUSIC, INC.; HINDER MUSIC CO., a Division of HINDER PUBLISHING LLC; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; NASHVILLE STAR MUSIC, a Division of REVEILLE MUSIC PUBLISHING LLP; CARNIVAL MUSIC COMPANY d/b/a TILTAWHIRL MUSIC,<br><br>          Plaintiffs,<br>     v.<br><br>RANCHO CUCAMONGA RESTAURANT VENTURES, INC., MARK GERARD DAVIDSON and JEFFREY SCOTT BURUM, each individually and doing business as SECOND AVENUE SALOON & GRUB HOUSE,<br><br>          Defendants. | Case No.<br><br>COMPLAINT FOR COPYRIGHT INFRINGEMENT |

**TroyGould PC**

Plaintiffs, Broadcast Music, Inc., House Of Cash, Inc., Cota Music, Inc., Power Metal Music, Inc., BMG Platinum Songs (US), Sony/ATV Songs LLC, Ecaf Music, Lady Ashlee Music, Jay Bird Alley Music, Inc., EMI Blackwood Music, Inc., Hinder Music Co., A Division Of Hinder Publishing LLC, Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing; Nashville Star Music, a Division of Reveille Music Publishing LLP and Carnival Music Company d/b/a Tiltawhirl Music (collectively, "Plaintiffs"), by their attorneys, for their Complaint for Copyright Infringement against Defendants, Rancho Cucamonga Restaurant Ventures, Inc., Mark Gerard Davidson and Jeffrey Scott Burum, each individually and doing business as Second Avenue Saloon & Grub House (collectively, "Defendants") allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## **JURISDICTION AND VENUE**

1.  This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act").  This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2.  Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## **THE PARTIES**

3.  Plaintiff Broadcast Music, Inc. ("BMI") is a corporation organized and existing under the laws of the State of New York.  BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007.  BMI has been granted the right to license the public performance rights in approximately 10.5 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4.  The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit.  All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5.  Plaintiff House of Cash, Inc. is a corporation.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

1   6.   Plaintiff BMG Platinum Songs (US) is a corporation. This Plaintiff is the
2   copyright owner of at least one of the songs in this matter.

3   7.   Plaintiff Cota Music Inc. is a corporation.  This Plaintiff is the copyright
4   owner of at least one of the songs in this matter.

5   8.   Plaintiff Power Metal Music, Inc. is a corporation.  This Plaintiff is the
6   copyright owner of at least one of the songs in this matter.

7   9.   Plaintiff Sony/ATV Songs LLC is a limited liability company.  This Plaintiff
8   is the copyright owner of at least one of the songs in this matter.

9   10.  Plaintiff ECAF Music is a sole proprietorship owned by Kenneth Brian
10  Edmonds.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

11  11.  Plaintiff Lady Ashlee Music is a sole proprietorship is owned by Toni
12  Braxton.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

13  12.  Plaintiff Jay Bird Alley Music, Inc. is a corporation.  This Plaintiff is the
14  copyright owner of at least one of the songs in this matter.

15  13.  Plaintiff EMI Blackwood Music, Inc. is a corporation.  This Plaintiff is the
16  copyright owner of at least one of the songs in this matter.

17  14.  Plaintiff Hinder Music Company is a division of Hinder Publishing LLC,
18  which is a limited liability company.  This Plaintiff is the copyright owner of at least one of
19  the songs in this matter.

20  15.  Plaintiff Sony/ATV Songs LLC is a limited liability company doing business
21  as Sony/ATV Tree Publishing.  This Plaintiff is the copyright owner of at least one of the
22  songs in this matter.

23  16.  Plaintiff Nashville Star Music is a division of Reveille Music Publishing LLP,
24  which is a limited liability company.  This Plaintiff is the copyright owner of at least one of
25  the songs in this matter.

26  17.  Plaintiff Carnival Music Company is a corporation doing business as
27  Tiltawhirl Music.  This Plaintiff is the copyright owner of at least one of the songs in this
28  matter.

18. Defendant Rancho Cucamonga Restaurant Ventures, Inc. is a corporation, organized and existing under the laws of the State of California, which operates, maintains and controls an establishment known as Second Avenue Saloon & Grub House, located at 271 North 2nd Avenue, Upland, California 91786, in this district (the "Establishment").

19. In connection with the operation of the Establishment, Defendant Rancho Cucamonga Restaurant Ventures, Inc. publicly performs musical compositions and/or causes musical compositions to be publicly performed.

20. Defendant Rancho Cucamonga Restaurant Ventures, Inc. has a direct financial interest in the Establishment.

21. Defendants Mark Gerard Davidson and Jeffrey Scott Burum are stockholders and officers of Defendant Rancho Cucamonga Restaurant Ventures, Inc. with responsibility for the operation and management of that corporation and the Establishment.

22. Defendants Mark Gerard Davidson and Jeffrey Scott Burum have the right and ability to supervise the activities of Defendant Rancho Cucamonga Restaurant Ventures, Inc. and a direct financial interest in that corporation and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

23. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 22.

24. Since May 2014 BMI has reached out to Defendants over 40 times, by phone and mail, in an effort to educate Defendants as to their obligations under the Copyright Act with respect to the necessity of purchasing a license for the public performance of musical compositions in the BMI repertoire. Included in the letters were Cease and Desist Notices, providing Defendants with formal notice that they must immediately cease all use of BMI-licensed music in the Establishment.

25. Plaintiffs allege six (6) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will

promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

26. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the six (6) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

27. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

28. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

29. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

30. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment

Case 5:16-cv-00739-PA-DTB   Document 1   Filed 04/20/16   Page 6 of 9   Page ID #:6

the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

31. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

32. Plaintiffs seek statutory damages pursuant to 17 U.S.C. § 504. Plaintiffs further seek an order that Defendants be enjoined, pursuant to 17 U.S.C. § 502 from infringing, in any manner, the copyrighted musical compositions licensed by BMI.

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) Plaintiffs have such other and further relief as is just and equitable.

Dated: April 20, 2016

Respectfully submitted,

JEFFREY W. KRAMER
ANNMARIE MORI
TROYGOULD PC

By: _____
AnnMarie Mori
Attorneys for Plaintiffs

5

COMPLAINT FOR COPYRIGHT INFRINGEMENT

03202-0051 279695.1

# Schedule

| | | | | | |
|---|---|---|---|---|---|
| Line 1 | Claim No. | 1 | | | |
| Line 2 | Musical Composition | I Walk The Line | | | |
| Line 3 | Writer(s) | John R. Cash | | | |
| Line 4 | Publisher Plaintiff(s) | House of Cash, Inc. | | | |
| Line 5 | Date(s) of Registration | 2/13/84 | 2/13/84 | 6/13/56 | 4/26/56 |
| Line 6 | Registration No(s). | RE 196-375 | RE 196-286 | Ep 100135 | Eu 435121 |
| Line 7 | Date(s) of Infringement | 01/17/2016 | | | |
| Line 8 | Place of Infringement | Second Avenue Saloon & Grub House | | | |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Walk |
| Line 3 | Writer(s) | Vincent Paul Abbott; Darrell Lance Abbott; Rex Robert Brown; Philip Hansen Anselmo |
| Line 4 | Publisher Plaintiff(s) | Cota Music Inc.; Power Metal Music, Inc. |
| Line 5 | Date(s) of Registration | 7/13/92 |
| Line 6 | Registration No(s). | PA 577-737 |
| Line 7 | Date(s) of Infringement | 01/17/2016 |
| Line 8 | Place of Infringement | Second Avenue Saloon & Grub House |

| Line 1 | Claim No. | 3 |
|---|---|---|
| Line 2 | Musical Composition | Glycerine |
| Line 3 | Writer(s) | Gavin Rossdale |
| Line 4 | Publisher Plaintiff(s) | BMG Platinum Songs (US) |
| Line 5 | Date(s) of Registration | 4/14/1997 |
| Line 6 | Registration No(s). | PA 847-582 |
| Line 7 | Date(s) of Infringement | 01/17/2016 |
| Line 8 | Place of Infringement | Second Avenue Saloon & Grub House |

| Line 1 | Claim No. | 4 |
|---|---|---|
| Line 2 | Musical Composition | How Could An Angel Break My Heart |
| Line 3 | Writer(s) | Kenneth B. Edmonds; Toni Braxton |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; Kenneth Brian Edmonds, an individual d/b/a ECAF Music; Toni Braxton, an individual d/b/a Lady Ashlee Music; Jay Bird Alley Music, Inc. |
| Line 5 | Date(s) of Registration | 10/26/99 |
| Line 6 | Registration No(s). | PA 972-076 |
| Line 7 | Date(s) of Infringement | 01/18/2016 |
| Line 8 | Place of Infringement | Second Avenue Saloon & Grub House |

| Line 1 | Claim No. | 5 |
|---|---|---|
| Line 2 | Musical Composition | Lips Of An Angel |
| Line 3 | Writer(s) | Austin Winkler; Ross Hanson; Lloyd Garvey; Mark King; Michael Rodden; Brian Howes |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music, Inc.; Hinder Music Co., a Division of Hinder Publishing LLC |
| Line 5 | Date(s) of Registration | 12/14/05 |
| Line 6 | Registration No(s). | PA 1-162-967 |
| Line 7 | Date(s) of Infringement | 01/17/2016 |
| Line 8 | Place of Infringement | Second Avenue Saloon & Grub House |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Gun Powder And Lead a/k/a Gunpowder And Lead |
| Line 3 | Writer(s) | Miranda Lambert; Heather Little |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing; Nashville Star Music, a Division of Reveille Music Publishing LLP; Carnival Music Company d/b/a Tiltawhirl Music |
| Line 5 | Date(s) of Registration | 7/2/07 |
| Line 6 | Registration No(s). | PA 1-387-084 |
| Line 7 | Date(s) of Infringement | 01/17/2016 |
| Line 8 | Place of Infringement | Second Avenue Saloon & Grub House |