JEFFREY W. KRAMER (SBN 71547)
Email:       jkramer@troygould.com
ANNMARIE MORI (SBN 217835)
Email:       amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:   (310) 553-4441
Facsimile:   (310) 201-4746

Attorneys for Plaintiffs

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BROADCAST MUSIC, INC.; HOUSE OF CASH, INC.; COTA MUSIC, INC.; POWER METAL MUSIC, INC.; BMG PLATINUM SONGS (US); SONY/ATV SONGS LLC; ECAF MUSIC; LADY ASHLEE MUSIC; JAY BIRD ALLEY MUSIC, INC.; EMI BLACKWOOD MUSIC, INC.; HINDER MUSIC CO., a Division of HINDER PUBLISHING LLC; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; NASHVILLE STAR MUSIC, a Division of REVEILLE MUSIC PUBLISHING LLP; CARNIVAL MUSIC COMPANY d/b/a TILTAWHIRL MUSIC, <br><br>                    Plaintiffs, <br>        v. <br><br>RANCHO CUCAMONGA RESTAURANT VENTURES, INC., MARK GERARD DAVIDSON and JEFFREY SCOTT BURUM, each individually and doing business as SECOND AVENUE SALOON & GRUB HOUSE, <br><br>                    Defendants. | Case No. 16cv00739 PA (DTBx) <br><br>ORDER ON REQUEST FOR DISMISSAL WITHOUT PREJUDICE <br><br>Assigned To: Hon. Percy Anderson <br><br>Complaint Filed: April 20, 2016 <br>Trial Date:       None set |
|---|---|

**TroyGould PC**

[PROPOSED] ORDER ON REQUEST FOR DISMISSAL WITHOUT PREJUDICE

03202-0051 286068.1

1     Plaintiffs, Broadcast Music, Inc., House Of Cash, Inc., Cota Music, Inc.,
2 Power Metal Music, Inc., BMG Platinum Songs (US), Sony/ATV Songs LLC, Ecaf
3 Music, Lady Ashlee Music, Jay Bird Alley Music, Inc., EMI Blackwood Music, Inc.,
4 Hinder Music Co., A Division Of Hinder Publishing LLC, Sony/ATV Songs LLC
5 d/b/a Sony/ATV Tree Publishing; Nashville Star Music, a Division of Reveille
6 Music Publishing LLP and Carnival Music Company d/b/a Tiltawhirl Music
7 (collectively, "Plaintiffs"), filed a request for dismissal without prejudice.
8     Good cause appearing therefor, IT IS HEREBY ORDERED:
9     This action is hereby dismissed without prejudice.

10 Dated: September 16, 2016

11                                UNITED STATES DISTRICT JUDGE

**TroyGould PC**

1

[PROPOSED] ORDER ON REQUEST FOR DISMISSAL WITHOUT PREJUDICE

03202-0051 286068.1